IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00328-BNB

SHANNON R. SMITH,

      Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

      Defendant.

_____

ORDER DRAWING CASE

_____

      After review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1D.  Accordingly, it is

      ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

      DATED April 5, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge